IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WIDALYS SANTIAGO MIRANDA,

    Plaintiff,

v.                                       Case 3:20-cv-05734-MCR-HTC

MHM HEALTH PROFESSIONALS, LLC,
d/b/a CENTURION PROFESSIONALS

    Defendant.

## NOTICE OF DISMISSAL

Plaintiff, by and through her undersigned counsel, hereby dismisses her claims in this matter without prejudice.

*John B. Trawick*
John B. Trawick
John B. Trawick, PLLC
5101 N. 12th Avenue
Pensacola, FL 32503
850-476-0495 (P)
850-857-7800 (F)
John@JBTrawicklaw.com
*Attorney for Plaintiff*

Page 1